## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RODNEY ANTONIO BATTS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE; EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No. 1:25-cv-00410-TWP-MKK |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant Equifax Information Services LLC ("Equifax"), by counsel, respectfully submits this Motion to Dismiss Plaintiff Rodney Antonio Batts' Amended Complaint pursuant to Rule 12(b)(6) for failure to state a claim. In support of this motion, Equifax relies upon the accompanying Memorandum. For the reasons set forth more fully in the accompanying Memorandum, Equifax requests that the motion be granted.

DATED:  July 31, 2025

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Neil R. Peluchette*
    Neil R. Peluchette (#35577-82)
    npeluchette@taftlaw.com
    TAFT STETTINIUS & HOLLISTER LLP
    One Indiana Square, Suite 3500
    Indianapolis, IN  46204
    Telephone:  (317) 713-3447
    Facsimile:  (317) 713-3699

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

      Rodney Antonio Batts, *plaintiff pro se*
      2610 E. 40th St.
      Indianapolis, Indiana 46205

      */s/ Neil R. Peluchette*
      Neil R. Peluchette
      *Counsel for Defendant*
      *Equifax Information Services LLC*